UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDISON D. DE LARA, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02700-SVK<br><br>**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER CASE**<br><br>Re: Dkt. No. 55 |

Before the Court is the motion of Defendants Edison D. DeLara, Charles Reyes Evangelista, Ian B. Barrameda, and Alex F. Mariano II to transfer this case to the Southern District of California pursuant to 28 U.S.C. § 1404. Dkt. 55. Although Plaintiff Power Integrations, Inc. originally opposed the motion, it has withdrawn its opposition. Dkt. 59. Accordingly, the Court **GRANTS** Defendants' motion to transfer and **TRANSFERS** this action to the United States District Court for the Southern District of California. The Clerk shall transfer this civil action to the United States District Court for the Southern District of California and close the file.

**SO ORDERED.**

Dated: March 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　　*Susan van Keulen*
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge